UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STRATUS FRANCHISING, LLC, )
d/b/a STRATUS BUILDING )
SOLUTIONS )
 )
 )
            Plaintiff, )
 )
v.  )   Case No. 4:10-CV-00616 TCM
 )
TES FRANCHISING, LLC, d/b/a )
THE ENTREPRENEUR'S SOURCE, )
 )
 )
            Defendant. )

## STIPULATION OF DISMISSAL

Pursuant to Federal Civil Rule 41(a)(1)(ii), Plaintiff Stratus Franchising, LLC d/b/a Stratus Building Solutions and Defendant TES Franchising, LLC, d/b/a The Entrepreneur's Source hereby stipulate and agree that all claims asserted by Plaintiff in this litigation against Defendant have been settled and should be dismissed with prejudice. The parties respectfully request that the Court enter its Order of Dismissal with Prejudice.

GALLOP, JOHNSON & NEUMAN, LC            GRAY PLANT MOOTY

 /s/ Glenn E. Davis                      /s/ Jeffrey Karlin
Glenn E. Davis #2940                    Jeffrey Karlin
101 South Hanley, Suite 1700            Gray Plant Mooty
St. Louis, Missouri 63105               Suite 1111 – The Watergate
(314) 615-6000                          2600 Virginia Avenue NW
(314) 615-6001 (Facsimile)              Washington, DC 20037
gedavis@gjn.com                         (202) 295-2207
                                        Jeffrey.Karlin@gpmlaw.com

Attorneys for Plaintiff                 Attorney for Defendant TES Franchising, LLC

1